E-FILED  2022 AUG 08 10:18 AM DECATUR - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR DECATUR COUNTY

| | |
|---|---|
| CFI SALES, INC. D/B/A CFI TIRE SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendant. | Case No.: _____<br><br><br>**PETITION FOR MONEY DAMAGES AND DECLARATORY JUDGMENT** |

COMES NOW the Plaintiff, CFI Sales, Inc., d/b/a CFI Tire Service and for its cause of action against the Defendant, National Fire & Marine Insurance, states to the Court as follows:

### PARTIES AND JURISDICTION

1.      Plaintiff owns property located at 803 SW Lorraine St., Leon, Iowa 50144 (the "Property");

2.      Defendant is a Nebraska based licensed insurance company with its principal place of business at 1314 Douglas St., Suite 1400, Omaha, Nebraska 68102;

3.      The Property is insured by Defendant under policy number XXXXXXXXXX6-01 which insures against damage from wind damage ("the Policy").

4.      Jurisdiction and venue are proper under the Iowa Code and Iowa Rules of Civil Procedure because the facts of this case arise from and take place in Decatur County, Iowa.

5.      The claims raised in this action exceed the jurisdictional minimums of this Court.

### FACTS

6.      Plaintiff reincorporates and realleges the preceding paragraphs, and further allege as follows:

1

7.      The Policy is a written and enforceable contract between the Parties.

8.      On or about August 10, 2020, a wind storm damaged the Property, and caused damage to the roof and exterior of the Property ("the Loss")

9.      The Loss is a covered peril under the Policy.

10.     Defendant and Plaintiff disagree about the amount of the Loss.

11.     Defendant has failed to pay the amount necessary to fully compensate Plaintiff for the Loss.

12.     The Policy contains an appraisal provision designed to resolve a dispute over the amount of loss between the parties.

13.     Plaintiff made its demand for appraisal to Defendant but the appraisal has not yet taken place.

14.     Since the date of the Loss, Plaintiff has complied with all conditions and duties required under the Policy.

### FIRST CAUSE OF ACTION - BREACH OF CONTRACT

15.     Plaintiff reincorporates and re-alleges the preceding paragraphs, and further states and alleges as follows:

16.     Defendant has breached the contract by refusing to pay Plaintiff the disputed amount of Loss as required by the Policy, including but not limited to replacement of the wind damaged roofing system at the Property.

17.     As a direct result of the breach, Plaintiff is damaged in an amount as to be determined by the appraisal process.

2

E-FILED  2022 AUG 08 10:18 AM DECATUR - CLERK OF DISTRICT COURT

## SECOND CAUSE OF ACTION – DECLARATORY JUDGMENT

18.    Plaintiff reincorporates and re-alleges the preceding paragraphs, and further states and alleges as follows:

19.    There is a justiciable controversy between the parties as to the amount of Loss.

20.    Because Plaintiff and Defendant disagree about the amount of Loss, Plaintiff is entitled to appraisal to resolve the disputed amount of the covered Loss pursuant to Iowa Law and the terms of the Policy.

WHEREFORE, the Plaintiff prays for (1) litigation to be stayed pending the outcome of the appraisal; (2) judgment against the Defendant in an amount determined by the appraisal panel with interest thereon from the date of filing, and all costs incurred by bringing this action; and (3) all other relief the court deems just and equitable.

## CERTIFICATION OF JURISDICTION AMOUNT

Pursuant to Iowa Code Section 619.18 Plaintiff certifies to the Court that this action meets the applicable jurisdictional requirements for amount in controversy in District Court.

Date: August 8, 2022

/s/ *Timothy D. Johnson*
Timothy D. Johnson AT0013928
Brian C. Leopold AT0015197
SMITH JADIN JOHNSON, PLLC
7900 Xerxes Avenue, Suite 2020
Bloomington, MN 55431
Telephone (952) 388-0289
Fax (612) 235-7927
tjohnson@sjjlawfirm.com
bleopold@sjjlawfirm.com
ATTORNEY FOR PLAINTIFF

ORIGINAL:   E-Filed.

E-FILED  2022 AUG 08 10:18 AM DECATUR - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR DECATUR COUNTY

| | |
|---|---|
| CFI SALES, INC. D/B/A CFI TIRE SERVICE, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FIRE & MARINE INSURANCE COMPANY, <br><br> Defendant. | Case No.: _____ <br><br> _____ LAW _____ <br> (Insert "LAW" or "Equity") <br><br> **ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:**

You are notified that a Petition has been filed in the office of the Clerk of this Court naming you as the Defendants in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Plaintiff(s) is Timothy D. Johnson of Smith Jadin Johnson, PLLC, whose address is 7900 Xerxes Avenue South, Suite 2020, Bloomington, MN 55431, and whose telephone number is (952) 388-0289, and facsimile number is (612) 235-7927.

You must serve a motion or answer within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County, at the county courthouse in Decatur County, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 398-3920. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

(SEAL)

CLERK OF COURT
Decatur County Courthouse
207 North Main Street
Leon, IA 50144

**IMPORTANT**: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTEREST

1

# Iowa Judicial Branch

Case No.   **LACV007225**
County     **Decatur**

Case Title   CFI TIRE SERVICES V NAT'L FIRE & MARINE INS.

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **08/08/2022 10:26:15 AM**



District Clerk of Court or/by Clerk's Designee of Decatur          County
**/s/ Kendra Vaughn**

Print Form

**Petition Cover Sheet for Civil Law, Domestic Relations, and Other Equity Cases filed in Iowa District Court***

| NAME & ADDRESS of Attorney (or Petitioner / Plaintiff - if not represented by attorney): | FOR COURT USE ONLY |
|---|---|
| Timothy D. Johnson<br>7900 Xerxes Ave S., Suite 2020<br>Bloomington, MN 55431 | CASE NUMBER:<br><br>COUNTY WHERE CASE FILED: |

Attorney P.I.N.:AT0013928    Telephone No: ( 952 ) 314-1169

CASE NAME (Petitioner / Plaintiff vs. Respondent / Defendant):

CFI Sales, Inc. d/b/a CFI Tire Service v. National Fire & Marine Insurance Company

**NATURE OF THE CASE:** CHECK the BOX to the LEFT of the ONE case category that most accurately describes your PRIMARY CASE  If you are making more than one type of claim, check the one that involves the largest amount of damages or the one you consider most important.

| ▼ LAW: Contract/ Commercial Claim | | ▼ DOMESTIC RELATIONS | | ▼ EQUITY | |
|---|---|---|---|---|---|
| | Debt collection (LA-C1) | | Dissolution -- children involved (CD-DC) | | Mortgage foreclosure (EQ-EM) |
| | Employment-related claim (LA-C3) | | Dissolution -- no children (CD-DN) | | Other real property claim (EQ-ER) |
| x | Other contract or commercial claim (LA-C9) | | Modification -- children involved (CD-MC) | | Other equity (EQ-EO) |
| | | | Modification -- no children (CD-MN) | | |
| **▼ LAW: Tort - Personal Injury (P.I.)** | | § 236 - Domestic abuse (DA-DA) | | **▼ OTHER CIVIL ACTIONS** | |
| | Motor vehicle accident (LA-T2) | | § 234 - Foster care (DR-D1) | | Administrative appeal to dist. court (CV-V1) |
| | Premises liability / slip & fall (LA-T3) | | § 252A -- Support action (DR-D2) | | Change of name (CN-CN) |
| | Malpractice: medical or dental (LA-T1) | | § 252A.18 - Foreign support (DR-D3) | | Distress warrant (CV-V2) |
| | Products liability (toxic chem. / subst.) (LA-T8) | | § 252B.11 - Cost recovery (DR-D4) | | Foreign judgment entry (CV-V3 ) |
| | Products liability (not toxic substance) (LA-T4) | | § 252C - Administrative Order (DR-D5 ) | | Lien (LN - IE, IH, IM or IO) |
| | Wrongful death (LA-T7) | | § 252D - Income withholding (DR-D6 ) | | Post conviction relief (PC-PC) |
| | Other negligent / intentional P.I. (LA-T9) | | § 252E - Medical support (DR-D7) | | Seized property / forfeiture (SP-SP) |
| | | | § 252F/ 600B - Paternity (DR-D8) | | Transcript of judgment (TJ-TJ) |
| **▼ LAW: Tort - Other damages (no P.I. )** | | § 252K - UFISA (DR-R1) | | Other civil action (CV-V9) |
| | Professional malpractice - no P.I. (LA-T5) | | § 598B - Out of state custody (DR-R2) | | **FOR COURT USE ONLY** |
| | Fraud / business tort (LA - C2) | | § 600 - Adoption (AT-AT) | | |
| | Other tort - property/financial damages (LA-T6) | | Other domestic relations action (DR-D9) | | |

**NOTE TO PETITIONER /PLAINTIFF:**
* Pursuant to **rule 1.301(2)** of the **Iowa Rules of Civil Procedure**, a cover sheet **MUST** accompany each civil petition  EXCEPT: small claims,  probate, or commitment actions.
* **DO NOT SERVE THIS COVER SHEET ON THE DEFENDANT(S) / RESPONDENT(S).**
* A cover sheet is not required when filing a counterclaim or crossclaim.
* This cover sheet is for statistical purposes only.  It shall have no legal effect in the case.    Updated: 4-29-2002

IN THE IOWA DISTRICT COURT FOR DECATUR COUNTY

| | |
|---|---|
| CFI SALES, INC. d/b/a CFI TIRE SERVICE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendant. | NO. LACV007225<br><br><br>**APPEARANCE OF<br>BENJAMIN M. WESTON** |

Attorney Benjamin M. Weston of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendant National Fire & Marine Insurance Company.

**LEDERER WESTON CRAIG PLC**

By _____

Benjamin M. Weston
4401 Westown Parkway, Suite 212
West Des Moines, IA  50266
Phone: (515) 224-3911
Fax: (515) 224-2698
E-Mail:   bweston@lwclawyers.com

*ATTORNEYS FOR DEFENDANT*

Service by EDMS to:

Timothy D. Johnson
Brian C. Leopold
SMITH JADIN JOHNSON PLLC
7900 Xerxes Avenue S., Suite 2020
Bloomington, MN  55431
E-mail: tjohnson@sjjlawfirm.com
E-mail: bleopold@sjjlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing document was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on_____ 9-7-22 _____.

By: ☐ U.S. Mail            ☒ EDMS        ☐ CM/ECF
☐ Hand Delivered   ☐ E-mail      ☐ Other:
☐ Overnight Mail   ☐ FAX

Signature: _____